UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VISUAL COMFORT OF AMERICA LLC; | § | |
| SUZANNE KASLER INTERIORS INC.; | § | |
| TOB INTERNATIONAL MARKETING CORP.; | § | |
| ERIC COHLER DESIGN INCORPORATED; | § | |
| EARLE F. CHAPMAN; | § | |
| J. RANDALL POWERS ID, INC.; and | § | |
| GORALNICK DESIGN, LLC, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 3:15-cv-02119-D |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| ELEGANT FURNITURE & LIGHTING, INC.; | § | |
| TODD E. PAWLOWSKI; | § | |
| WHOLESALE SPECIFIERS, INC.; | § | |
| STEVE RICCI; and | § | |
| RICCI SALES AGENCY LLC, | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs Visual Comfort of America LLC, Suzanne Kasler Interiors, Inc., TOB International Marketing Corp., Eric Cohler Design Incorporated, Earle F. Chapman, J. Randall Powers ID, Inc., and Goralnick Design, LLC and Defendants Elegant Furniture & Lighting, Inc., Todd E. Pawlowski, Wholesale Specifiers, Inc., Steve Ricci, and Ricci Sales Agency, LLC (Defendants and Plaintiffs will be collectively referred to as the "Parties") have resolved their dispute and move the Court to enter an order dismissing with prejudice all claims and causes of action asserted or that could have been asserted by the Parties in the above-styled lawsuit. The Parties further agree that each of the Parties shall pay their own attorneys' fees, costs, and

expenses incurred in this lawsuit.  In addition, the Parties respectfully request that the Court enter an order in the form attached hereto as Exhibit A.

        Respectfully submitted,

        */s/ Daniel M. Branum*
        Janet E. Militello
          Texas State Bar No. 14051200
          jmilitello@lockelord.com
        Brandon F. Renken
          Texas State Bar No. 24056197
          brenken@lockelord.com
        Daniel M. Branum
          Texas State Bar No. 24064496
          dbranum@lockelord.com
        Locke Lord LLP
        600 Travis Street
        Suite 2800
        Houston, Texas 77002
        Phone:  (713) 226-1200
        Facsimile: (713) 223-3717

        **ATTORNEYS FOR PLAINTIFFS VISUAL COMFORT OF AMERICA, LLC, ET AL**

        */s/ Michael D. Pegues*
        Michael D. Pegues
          Texas State Bar No. 15730600
          mpegues@polsinelli.com
        Polsinelli PC
        2950 N. Harwood St., Ste. 2100
        Dallas, Texas 75201
        Phone:  214-397-0030

        **ATTORNEYS FOR DEFENDANTS ELEGANT FURNITURE & LIGHTING,INC., TODD E. PAWLOWSKI, WHOLESALE SPECIFIERS, INC., STEVE RICCI AND RICCI SALES AGENCY LL**

**JOINT MOTION TO DISMISS WITH PREJUDICE**          **2**

## **CERTIFICATE OF SERVICE**

I certify that on January 20th, 2016, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to counsel of record for all parties, who are registered ECF users. Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure. *See* LR 5.1.

/s/   *Daniel M. Branum*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| VISUAL COMFORT OF AMERICA LLC; | § | |
| SUZANNE KASLER INTERIORS INC.; | § | |
| TOB INTERNATIONAL MARKETING CORP.; | § | |
| ERIC COHLER DESIGN INCORPORATED; | § | |
| EARLE F. CHAPMAN; | § | |
| J. RANDALL POWERS ID, INC.; and | § | |
| GORALNICK DESIGN, LLC, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 3:15-cv-02119-D |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| ELEGANT FURNITURE & LIGHTING, INC.; | § | |
| TODD E. PAWLOWSKI; | § | |
| WHOLESALE SPECIFIERS, INC.; | § | |
| STEVE RICCI; and | § | |
| RICCI SALES AGENCY LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

Having considered the Joint Motion of Plaintiffs Visual Comfort of America LLC, Suzanne Kasler Interiors, Inc., TOB International Marketing Corp., Eric Cohler Design Incorporated, Earle F. Chapman, J. Randall Powers ID, Inc., and Goralnick Design, LLC and Defendants Elegant Furniture & Lighting, Inc., Todd E. Pawlowski, Wholesale Specifiers, Inc., Steve Ricci, and Ricci Sales Agency, LLC (Defendants and Plaintiffs will be collectively referred to as the "Parties"), the Court **GRANTS** such motion and enters this Order:

It is therefore, **ORDERED, ADJUDGED, AND DECREED** that all claims that were brought or could have been brought by the Parties are dismissed with prejudice and all costs, expenses, and attorney fees are taxed against the party incurring same;

It is further **ORDERED, ADJUDGED, AND DECREED** that all relief not previously granted is hereby denied; and

It is further **ORDERED** that the case is **CLOSED**.

SIGNED on the _____ day of _____, 2016.

                                                        _____
                                                        JUDGE PRESIDING